UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 OCT -9 AM 11:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '07 MJ 24 07 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Julio Edgar MAGANA-Mendez,** | ) | Deported Alien Found in the United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 6, 2007** within the Southern District of California, defendant, **Julio Edgar MAGANA-Mendez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF OCTOBER, 2007

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Julio Edgar MAGANA-Mendez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 6, 2007, at approximately 02:30 A.M., Border Patrol Agent R. Moore was performing linewatch duties in the Chula Vista area of operation when he responded to a radio call, via bureau radio, of a suspected group of illegal entrant aliens near an area commonly referred to as "Johnny Wolf's Draw." This area is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately 500 yards north of the United States/Mexico International Boundary fence. After conducting a brief search of the area, Agent Moore observed two individuals hiding in some brush. Agent Moore approached the individuals and identified himself as a United States Border Patrol Agent. Agent Moore then questioned the individuals concerning their citizenship. Both individuals including one later identified as the defendant **Julio Edgar MAGANA-Mendez** responded "Mexico." Agent Moore then asked the subjects whether they had immigration documents in their possession, to stay or remain in the United States legally. Both subjects including the defendant answered "No." At approximately 02:45 A.M., Agent Moore placed both individuals under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 04, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on October 6, 2007 at 9:30 A.M.**

Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 6, 2007** in violation of Title 8, United States Code, Section 1326.

Leo S. Papas
United States Magistrate Judge

10/6/07 - 1:20 PM
Date/Time